IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| JOSEPH RAY THOMPSON, SR. ) | |
| ) | Case No. 15-31822-KRH |
| Debtor. ) | |
| VANDERBILT MORTGAGE AND ) | |
| FINANCE, INC. ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH RAY THOMPSON, SR. ) | |
| and ) | |
| CARL M. BATES, TRUSTEE ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF DEFAULT**

PLEASE TAKE NOTICE that pursuant to Order of this Court entered October 20, 2015, and entered on the docket October 21, 2015 ("Order"), Vanderbilt Mortgage and Finance, Inc. ("Movant"), by counsel, gives notice that the Debtor has failed to make the full regular monthly payment for December 2015 through February 2016, as required by the Order. The total amount due is $5,699.23. Payment should be mailed to the Movant at PO Box 9800, Maryville, Tennessee 37802.

PLEASE TAKE FURTHER NOTICE that, if within fourteen 14 days of the mailing of this notice, the Debtor has not made the payments as required by the Order, or the Debtor or Trustee have not filed an objection with the Court stating that no default exists or explaining any other reason why an order granting relief from the automatic stay should not be entered, the

---

*Richard C. Maxwell, Esq. (VSB #23554)*
*Woods Rogers PLC*
*P.O. Box 14125*
*Roanoke, Virginia 24038-4125*
*Telephone: 540-983-7600*
*Facsimile: 540-983-7711*
*rmaxwell@woodsrogers.com*
  *Counsel for Movant*
*{#1906821-1, 107217-01047-01}*

Woods Rogers PLC
Attorneys at Law

Movant will file a certificate that it has complied with the terms of the Order and the Court may grant relief from the automatic stay without further notice as to the 2013 Schult Mobile Home, Manufacturer's Serial No. RIC245729NC and real property known as 16706 Jolly Road, Disputanta, Virginia 23842, more particularly described as follows:

> All that certain lot, piece, or parcel of land, with improvements thereon and appurtenances thereto belonging, lying, and being in the Templeton District, Prince George County, Virginia, containing 5.00 acres +/-, as shown and designated as T.P. #600(13)00-003-0 on that certain plat made by Ronald H. Gordon & Associates, LLC, dated July 10, 2012 and revised August 26, 2012, entitled "New Boundary Line Adjustments in Whisper Woods Subdivision Section 2 being 3 lots totaling 78.64 ac. +/- on the West side of Rte. 659, in Templeton District, Prince George County, Virginia", a copy of which is recorded in the Clerk's Office, Circuit Court of Prince George County, Virginia, in Plat Book 25, Pages 36 and 37.

If the automatic stay is terminated, the collateral may be sold at foreclosure.

VANDERBILT MORTGAGE AND
FINANCE, INC.

By: /s/ Richard C. Maxwell
Of Counsel

Richard C. Maxwell, Esq. (VSB #23554)
Woods Rogers PLC
P.O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: 540-983-7600
Facsimile: 540-983-7711
Email: rmaxwell@woodsrogers.com
  *Counsel for Movant*

WOODS ROGERS PLC
ATTORNEYS AT LAW

2

{#1906821-1, 107217-01047-01}

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2016, the foregoing was filed electronically with the U.S. Bankruptcy Court, was served electronically on those parties who are CM/ECF participants, and was served by U.S. Postal Service on those parties who are non-CM/ECF participants.

Joseph R. Thompson, Sr.
16706 Jolly Road
Disputanta, VA 23842

Richard J. Oulton, Esq.
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

/s/ Richard C. Maxwell